# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MITCHELL ELLIS PRODUCTS, INC., | ) ) ) | CASE NO. 16-367-SLR |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AGRINOMIX, LLC, | ) **)** | |
| Defendant. | ) | |

## STIPULATION TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel and subject to the approval of the Court, that the time by which the parties shall file the Joint Claim Construction Statement is extended to and including November 4, 2016.

| | |
|---|---|
| **SHAW KELLER** | **MORRIS JAMES LLP** |
| /s/ David M. Fry | /s/ Mary B. Matterer |
| David M. Fry (#5486) | Brett D. Fallon (#2480) |
| 300 Delaware Avenue | Mary B. Matterer (#2696) |
| Suite 1120 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | P.O. Box 2306 |
| (302) 298-0700 | Wilmington, DE 19899-2306 |
| dfry@shawkeller.com | (302) 888-6800 |
| | bfallon@morrisjames.com |
| *Attorneys for Plaintiff* | mmatterer@morrisjames.com |
| *Mitchell Ellis Products, Inc.* | |
| | *Attorneys for Defendant AgriNomix, LLC* |

**SO ORDERED** this ____ day of October, 2016.

_____
Sue L. Robinson, J.